## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:  PATRICIA DUGGAN SHEFIELD                    Case No.  10-31508

                                        Chapter 13

        Debtor(s)


## ORDER CONFIRMING PLAN


The Chapter 13 Plan filed by the debtor (s) on **March 17, 2010**   , replacing all previously filed plans, if any, having been transmitted to all creditors; and it having been determined that the plan meets each of the requirements of 11 U.S.C. sec. 1325(a);


**It is ORDERED that**:

(1)    the Plan as filed or modified is CONFIRMED.
(2)    Upon entry of this order, all property of the estate shall revest in the Debtor(s). Notwithstanding such revesting, the Debtor(s) shall not encumber, refinance, sell or otherwise convey real estate without first obtaining an order of approval from this Court.
(3)    All funds received by the Chapter 13 Trustee on or before the date of an order of conversion or dismissal shall be disbursed to creditors, unless such disbursement would be *de minimis* , in which case the funds may be disbursed to the Debtor(s) or paid into the Treasury registry fund account of the Court, at the discretion of the Trustee.  All funds received by the Chapter 13 Trustee after the date of the entry of the order of dismissal or conversion shall be refunded to the Debtor(s) at their address of record.
(4)    Other provisions:


Dated:_____                           _____
                                                United States Bankruptcy Judge
RICHMOND, VIRGINIA

I ASK FOR THIS:
                                        NOTICE OF JUDGMENT OR ORDER
                                        Entered On Docket _____

/s/Robert E. Hyman
Robert E. Hyman
Standing Chapter 13 Trustee
P. O. Box 1780
Richmond, Virginia 23218-1780
(804) 775-0979
VSB #5578


## PARTIES TO RECEIVE COPIES:

PATRICIA DUGGAN SHEFFIELD
208 SOUTH VALLEY ROAD
COLONIAL HEIGHTS, VA  23834

ConfirmingOrder